## UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   17-7544 MJ |
| Ceaira Sky Lopez, USC | ) |
| *Defendant* | ) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

**Count 1:**
On or about November 3, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Ceaira Sky Lopez, knowing and with reckless disregard of the fact that an alien, Mario Hipolito Gonzalez-Adame, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**Count 2:**
On or about November 3, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Ceaira Sky Lopez did aid and abet certain aliens to evade and elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(2) and Title 18, United States Code, Sections 2.

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Brandon Brown

*[signature]*

Signature of Complainant
Christopher M. Baugh
U.S. Border Patrol Agent

Sworn to telephonically on November 4, 2017.

*[signature]*

Signature of Judicial Officer
Honorable Bridget S. Bade
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 3, 2017, Border Patrol Agent (BPA) Coty McKenzie was performing his assigned duties at the State Route 85 immigration checkpoint near Gila Bend, in the District of Arizona. At approximately 12:45 p.m., a 2015 Gray Volkswagen Jetta pulled into the primary inspection area.

3. Agent McKenzie identified himself as a U.S Border Patrol Agent and performed an immigration inspection of the occupants in the vehicle. Agent McKenzie observed two people in the vehicle. Agent McKenzie directed the vehicle over to the secondary inspection area in order to further his immigration inspection.

4. Once in secondary inspection, Supervisory Border Patrol Agent (SBPA) Benjamin Hyink and Agent McKenzie both approached the vehicle. Agent McKenzie requested identification from everyone in the vehicle. The driver, later identified as Ceaira Sky Lopez, handed Agent McKenzie an Arizona driver's license. The passenger, later identified as Mario Hipolito Gonzalez-Adame, handed Agent McKenzie a United

1

States passport card bearing the name Joshua James Burnett.

5. Agent McKenzie inspected both the passport card and the driver's license. Agent McKenzie requested record checks on both identification documents. Agent McKenzie observed that the photograph on the passport card, did not appear to belong to the passenger of the vehicle.

6. Agent McKenzie asked Ceaira Sky Lopez to step out of the vehicle in order to question each individual separately. Once out of the vehicle, Agent McKenzie asked Lopez how she knew the passenger, to which she replied that he was a friend of her cousin who was looking at houses with her. Agent McKenzie asked the name of the passenger, to which she replied "Burnett." Agent McKenzie then asked what part of town she was looking at buying a house, but she could not tell him a street name, nor a general area. Agent McKenzie also asked if the passenger rode to Ajo with her. Lopez stated that she had picked him up in the town of Ajo, and that they drove down to the border.

7. Agent McKenzie then began to question the passenger of the vehicle, while SBPA Hyink continued to question the driver. The passenger, later identified as Mario Hipolito Gonzalez-Adame, stated that he was in Ajo looking at houses with Lopez. He stated that he rode to Ajo with Lopez, and that they did not go anywhere other than Ajo.

8. Agent McKenzie then questioned the passenger on the information provided on the passport card. The passenger was able to accurately state the information on the card, but appeared to struggle while recalling information. When the passenger was asked what his name was, he stated "Burnett, Joshua James." Agent McKenzie found it odd that the passenger responded by giving his last name, then his first and middle name, in the same order as written on the passport card. Agent McKenzie also asked the passenger to provide his birthdate. The passenger responded, "23 July 1980," in the same order as written on the passport card. This led Agent McKenzie to believe the passenger had memorized the information on the card in the order it was written. This furthered Agent McKenzie's suspicion that the passport card did not actually belong to the passenger.

9. Agent McKenzie then met with SPBA Hyink to discuss what each individual had told them, and compared the conflicting stories. Agent McKenzie and SBPA Hyink confronted both individuals about the discrepancies in their stories. SPBA Hyink then asked the passenger if he was in the United States illegally. The passenger admitted that he was. SBPA Hyink asked the passenger if he had any other forms of identification. The passenger provided a Mexican voter registration card bearing the name Mario Hipolito Gonzalez-Adame.

10. At that time, Ceaira Sky Lopez and Mario Hipolito Gonzalez-Adame were placed under arrest and transported to the Ajo Border Patrol Station for further processing.

4

11. At the Ajo Border Patrol Station, both individuals were read their Miranda Rights.

12. Cearia Sky Lopez freely and willingly acknowledged that she understood her rights and agreed to provide a statement without a lawyer present. Lopez stated she was contacted last night by her friend Kevin and offered $1,600 dollars to pick up two individuals. Lopez said she was supposed to pick up the two individuals at the GasTrak in Lukeville, Arizona. Lopez stated that Kevin instructed her to make up a lie about why she was driving in the area. Kevin called Lopez later that day to tell her she would only need to pick up one person. Lopez stated that once she arrived at the GasTrak in Lukeville, an individual, later identified as Mario Hipolito Gonzalez-Adame, came out of the gas station restroom and got in her vehicle. Lopez then stated she began driving back to Phoenix.

13. Immigration history checks revealed Mario Hipolito Gonzalez-Adame to be a citizen of Mexico, and a previously deported criminal alien. Gonzalez-Adame was previously removed from the United States to Mexico through Paso del Norte, Texas, on or about July 3, 2008, pursuant to a reinstatement of an order of removal issued by an immigration official. Gonzalez-Adame's immigration history was matched to him by electronic fingerprint comparison.

14. For these reasons, your affiant submits that there is probable cause to believe that on or about November 3, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Ceaira Sky Lopez knowingly and in reckless disregard of the fact that an alien, Mario Hipolito Gonzalez-Adame, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Section 1325(a)(2) and Title 18, United States Code, Sections 2.

_____
Christopher M. Baugh
U.S. Border Patrol Agent

Sworn to and subscribed telephonically
this 4th day of November, 2017.

_____
Bridget S. Bade
United States Magistrate Judge